IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HUNTER,

      Plaintiff,                              CV F 03 6237 OWW  WMW  P

  vs.                                       ORDER RE MOTIONS  (DOCS 51, 53)

K. EDMONDS, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the court are plaintiff's motions for default judgment and to compel discovery.  On November 18, 2004, an order was entered by the District Court, adopting the findings and recommendations of the Magistrate Judge and dismissing this action.  Plaintiff's motion for a default judgment and motion to compel discovery are therefore denied as moot.

IT IS SO ORDERED.

**Dated:**   **August 16, 2005**             /s/  William M. Wunderlich
mmkd34                                 UNITED STATES MAGISTRATE JUDGE

1