IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HUNTER,

      Plaintiff,                                CV F 03 6237 OWW WMW   P

    vs.                                         ORDER RE MOTION (DOC 61 )

K. EDMONDS, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se. Pending before the court is Plaintiff's motion titled as a motion for a new case number.

      This case was dismissed on the ground that plaintiff failed to pay the filing fee. Plaintiff was denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (g). Plaintiff's appeal of that decision has been resolved. Plaintiff's motion consists of vague allegations, and appears to request court action. Plaintiff is advised that this case has been dismissed, and the appeal has been resolved. The court notes that this case was dismissed without prejudice to the filing of a new case accompanied by the requisite filing fee.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion is denied as moot.

1  IT IS SO ORDERED.

2  **Dated:     April 7, 2006**           **/s/  William M. Wunderlich**
   mmkd34                                UNITED STATES MAGISTRATE JUDGE