IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HUNTER,

        Plaintiff,           CV F 03 6237 OWW WMW PC

    vs.                     ORDER RE MOTION (DOC 63)

K. EDMONDS, et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's motion for a certificate of appealability filed on January 2, 2008.

       Judgment was entered in this case on November 18, 2004. On December 16, 2004, Plaintiff filed a notice of appeal. On March 1, 2005, an order was entered by the District Court, indicating that Plaintiff's appeal was not taken in good faith. Specifically, the court noted that Plaintiff had failed to pay any part of the filing fee, and had not alleged any facts indicating imminent danger pursuant to 28 U.S.C. § 1915(g). On May 13, 2005, the court received for filing a copy of an order from the U.S. Court of Appeals for the Ninth Circuit, dismissing Plaintiff's appeal for failure to prosecute.

       Plaintiff offers no argument and makes no showing that a certificate of appealability

1  should issue in this case.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a
2  certificate of appealability is denied.
3
4       IT IS SO ORDERED.
5  **Dated:   April 25, 2008**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE